JOHN LYNCH ET AL., RESPONDENTS, v. BOROUGH OF HILLSDALE ET AL., APPELLANTS.

Submitted February 13, 1948—Decided May 13, 1948.

For the appellants, *Samuel J. Davidson.*

For the Borough of Hillsdale, *Charles W. Weleck.*

For the respondents, *Morrison, Lloyd & Griggs (George A. Brown,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 11.

*For reversal*—None.